# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

# NOT DESIGNATED FOR PUBLICATION

Perry R. Sanders, Jr.
Sanders, Bryant & Jones, LLC
31 N. Tejon Street, #400
Colorado Sprin CO 80903

Marshall Joseph Simien, Jr.
Simien Law Firm
One Lakeshore Drive, Ste 1110
Lake Charles LA 70629

Nolan Craig Richardson
Robichaux, Mize & Wadsack
P. O. Box 2065
Lake Charles LA 70602-2065

**REHEARING ACTION: March 16, 2016**

**Docket Number: 15   00808-CW**

**EXIE WINN ARVIE ADAMS, ET AL.**
**VERSUS**
**UNION PACIFIC RAILROAD, ET AL.**
**\*\*\*consolidated with\*\*\***
**EVA DIANNE MILLER ABRAHAM, ET AL.**
**VERSUS**
**UNION PACIFIC RAILROAD, ET AL.**
**\*\*\*consolidated with\*\*\***
**JANICE THERESA AARON, ET AL.**
**VERSUS**
**UNION PACIFIC RAILROAD, ET AL.**

**Writ Application from Calcasieu Parish Case No. 2009-1589 c/w 2009-1590, c/w 2009-1591**

**BEFORE JUDGES:**

  Hon. Jimmie C. Peters
  Hon. Marc T. Amy
  Hon. James T. Genovese
  Hon. Shannon J. Gremillion
  Hon. Phyllis M. Keaty

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Janice Theresa Aaron, et al** has this day been

  **DENIED.**
  Peters, J., would grant the rehearing.

cc: David Andrew Fraser, Counsel for the Applicant
    Pamela LeBato Courtney, Counsel for the Applicant
    Neil Charles Abramson, Counsel for the Respondent
    Nora B. Bilbro, Counsel for the Respondent